United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEAN RODGERS,

      Plaintiff,

   v.

KEEFE COMMISSARY NETWORK,

      Defendant.

Case No.  24-cv-03087-EKL

**ORDER OF DISMISSAL**

     Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  On July 9, 2024, the Court dismissed the complaint with leave to amend after discussing the deficiencies of the complaint.  ECF No. 6.  The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the Court.  The case is DISMISSED without prejudice for failure to state a claim as set forth in the prior order.

     **IT IS SO ORDERED.**

Dated: September 3, 2024

_____
Eumi K. Lee
United States District Judge